222 So.2d 66

**Mrs. George R. TODD et al.**

**v.**

**AETNA CASUALTY & SURETY COMPANY et al.**

No. 49795.

May 9, 1969.

In re: Mrs. George R. Todd et al. applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Lafayette. 219 So.2d 538.

Writ refused. Under the facts found by the Court of Appeal, the result is correct.

■

222 So.2d 67

**Charlie McLAIN**

**v.**

**ZURICH INSURANCE COMPANY et al.**

No. 49807.

May 9, 1969.

In re: Zurich Insurance Company applying for certiorari, or writ of review to the Court of Appeal, Third Circuit, Parish of Allen. 220 So.2d 148.

Writ refused. The judgment is not final. Relator may reurge the assignment of error in event of adverse judgment.